Anton J. Cermak, appellee, v. Habel, Armbruster & Larson Company and A. M. Blum, appellants. Gen. No. 25,747.

Action on a replevin bond. Judgment in debt for amount of bond, to be discharged on payment of the damages. Appeal from the Municipal Court of Chicago; the Hon. Warren H. Orr, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Blum, Wolfsohn & Blum, for appellants. Charles Hudson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Duncan Hines, plaintiff in error, v. Braithwaite-Weinberg Company, defendant in error. Gen. No. 25,783.

Action on a promissory note against the maker and guarantor. Judgment on default against the maker. Judgment in favor of defendant guarantor. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 18, 1921. Rehearing denied July 1, 1921.

Herbert R. Lloyd and P. R. Boylan, for plaintiff in error. Adler, Lederer & Beck, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. David Earsman, plaintiff in error. Gen. No. 25,811.

Conviction for carrying concealed weapons without a permit. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 18, 1921.

W. W. O'Brien, Thomas Mercer and Charles P. R. Macaulay, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Tom Togias and Constantine Maggos, trading as Togias & Maggos, appellees, v. Constantine Geanakakos and Gregorie alias Antonios Geanakakos, trading as Geanakakos Brothers, appellants. Gen. No. 25,866.

Suit for balance due on account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed with damages. Opinion filed June 18, 1921.

George A. Kyriakopulos, for appellants. A. A. Pantelis, for appellees.